UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 2:55 pm, Jun 04, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 4:25CR-74 |
| | ) |
| v. | ) 18 U.S.C. § 641 |
| | ) Theft of Government Property |
| JACOB SUENKEL | ) |
| | ) 18 U.S.C. § 641 |
| | ) Sale of Government Property |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Theft of Government Property*
18 U.S.C. § 641

On or about February 15, 2025, in Liberty County, within the Southern District of Georgia, the defendant,

**JACOB SUENKEL,**

did willfully and knowingly steal and purloin a Bobcat skid-steer, of a value exceeding $1,000, of the goods and property of the United States,

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO
*Sale of Government Property*
18 U.S.C. § 641

On or about February 19, 2025, in Bryan County, within the Southern District of Georgia, the defendant,

**JACOB SUENKEL,**

did willfully and knowingly sell and convey a Bobcat skid-steer, of a value exceeding $1,000, of the goods and property of the United States,

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(D) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, **JACOB SUENKEL**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(D) and Title 28, United States Code, Section 2461(c) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 641.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

_____　　　　_____
Tania D. Groover　　　　　　　　Timothy P. Dean
Assistant United States Attorney　Assistant United States Attorney
Chief, Criminal Division　　　　　*Lead Counsel