UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 3:18 pm, Jun 04, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 4:25cr-74 |
| v. | ) 18 U.S.C. § 641 |
| | ) Theft of Government Property |
| JACOB SUENKEL | ) |
| | ) 18 U.S.C. § 641 |
| | ) Sale of Government Property |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Theft of Government Property**
18 U.S.C. § 641
- Not more than ten years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

**Count 2:** **Sale of Government Property**
18 U.S.C. § 641
- Not more than ten years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

/s/ *Timothy P. Dean*
Timothy P. Dean
Assistant United States Attorney
Georgia Bar Number 506124