IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:25-CR-74 |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB SUENKEL | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before this Court is *Counsel's Application for Leave of Court Pursuant to Local Rule 1b(e)*. Having found that Counsel's request complies with both *Local Rule 1b(e)* and the *Federal Rules of Criminal Procedure*,

Counsel's Application for Leave as requested is hereby **GRANTED** for the following dates:

- October 10, 2025, through and including October 13, 2025 (Personal).

- October 23, 2025, through and including October 27, 2025 (Personal).

SO ORDERED, THIS THE 17th DAY OF SEPTEMBER, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia-Savannah Div.

Prepared by:  Ryan D. Langlois
217 West York Street
Savannah, GA  31401
912/349-7429
rdlangloisesq@gmail.com